Exhibit E

# Improved Two-Factor Authentication: You asked, we listened. Now we're delivering

Announcements, News, Security | February 22, 2019    Chris Ampofo



At Uphold, the security of your assets is our key concern and we continuously review the security features we offer.  Today, we're excited to announce that one of your most popular feature requests is now live!

## You Can Choose Your Own Two-Factor Authentication Model

Previously our default two-factor authentication app was limited to Authy. Our members asked to be able to choose their own authentication app.  So from today, you can choose from five leading providers of second-factor security control: Google Authenticator, Microsoft Authenticator, Authy, 1Password, or LastPass.

## Why's This So Important?

Two-factor authentication (also known as 2FA) is a vital precaution you can take to protect your digital accounts.  2FA is an extra layer of security that is used to validate anyone attempting to access an online account. How it works is simply: First, you are required to enter your username and password; then, after successfully completing this basic identity check, you are required to provide another piece of information.  This second factor could come from one of the following categories:

1. **Something you know:**  For example, a personal identification number (PIN), a password, answers to "secret questions" or a specific keystroke pattern;
2. **Something you have in your possession:** Typically a credit card, a smartphone, or a small hardware token; or
3. **Something you are:** Such as a biometric pattern of a fingerprint, an iris scan, or a voice print.

2FA ensures that failure with any of the initial factors or the second factor will prevent access to your online account. So, even if your password is stolen or your phone is lost, the likelihood of someone else having access to your second-factor information is very low.

## How To Update Your Authentication App

Now that we've provided the choice you requested, we're encouraging everyone to invest a few minutes to update their authentication settings.  You can do so via the Uphold website or the mobile app.

### Here Are The Steps You Take:

1. Sign in to your Uphold account.
2. When you sign in, you'll be prompted to configure your new Two-Factor Authentication (2FA) method. You can also set up 2FA from your account settings (under "Security").
3. If you're a current Uphold member using Authy, you'll be asked to enter the 7-digit verification code from Authy to begin the setup process.
4. Download your preferred authentication app.
5. Scan the QR code or enter the key provided in the Uphold web or mobile app to



What's New on Twitter?

Tweets by @UpholdInc

Categories

Select Category

Archives

Select Month

6. Once your Uphold account is added, return to the Uphold web or mobile app, enter the 6-digit code from your new authentication app, and click 'next' to verify.

**Important note:** you will be given a key for your new authentication method. Make sure this is stored in a safe place as you will not have access to it later. Uphold cannot recover your 2FA app setup key. If you are unable to locate this key, please contact our support team so they can provide the steps to reset 2FA on your Uphold account.

## Need Help?

- Below we've provided a how-to guide for setting up Two-Factor Authentication from the Uphold web or mobile app;
- You can also visit our FAQ for more tips on using Uphold's new Two-Factor Authentication method; or
- If you have any questions, please contact our support team, support@blog.uphold.com.

Two-Factor Authentication – Uphold Web App

Two-Factor Authentication – Uphold Mobile App



– The Uphold Team

**Products**
Personal
Business
Developers

**Learn**
How to buy Bitcoin
How to buy XRP
How to buy XLM
How to buy Litecoin
How to buy Bitcoin Cash
How to buy Gold
How to buy Silver
How to buy Tesla
How to buy Amazon
How to buy Carbon Credits
View all

**Company**
About
We're Hiring
Press
Blog
Security

**Help**
FAQ & Support
Platform Status
Cryptionary
Pricing

**Legal**
Legal
Agreements
Privacy & Data Policy
California Privacy
Cookie Policy
Important Disclosures
US Licensing

Uphold Europe Limited, Reg No. 09281410, Registered Office: Suite A, 6 Honduras Street, London, England, EC1Y 0TH

Uphold HQ Inc. NMLS ID No. 1269875 © Uphold 2021. All Rights Reserved. * Service may be provided by third parties and be subject to additional terms