```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THEODORE RIDER, et al.,                                     :
                                                            :
                              Plaintiffs,                   :
                                                            :   22-cv-1602 (VSB)
               -against-                                    :
                                                            :          ORDER
UPHOLD HQ INC., et al.,                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiffs Theodore Rider, Gilles Boevi, and Jesse W. Smith filed this action against Defendants Uphold HQ Inc. ("Uphold HQ") and John Does 1-10 on February 25, 2022. (Doc. 1.) Plaintiffs filed an affidavit of service on March 11, 2022. (Doc. 5.) The deadline for Defendant Uphold HQ to respond to Plaintiffs' complaint was March 30, 2022. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 7, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 31, 2022
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge