UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE RIDER, JESSE W. SMITH, and GILLES BOEVI, individually and on behalf of other similarly situated individuals,<br><br>     Plaintiffs,<br><br>     v.<br><br>UPHOLD HQ INC., a South Carolina corporation, and JOHN DOES 1–10, individuals,<br><br>     Defendants. | Civ. Action No. 1:22-cv-01602<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that Benjamin D. Bianco of Meister Seelig & Fein LLP, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendant **UPHOLD HQ INC.**  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   April 4, 2022

                **MEISTER SEELIG & FEIN LLP**

                By: _/s/ Benjamin D. Bianco_
                   Benjamin D. Bianco, Esq.

                125 Park Avenue, 7th Floor
                New York, New York 10017
                Tel: (212) 655-3500
                Email: bdb@msf-law.com

                *Attorneys for Defendant*
                *UPHOLD HQ INC.*