UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE RIDER, JESSE W. SMITH, and GILLES BOEVI, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UPHOLD HQ INC., a South Carolina corporation, and JOHN DOES 1–10, individuals,<br><br>Defendants. | Civ. Action No. 1:22-cv-01602 |

## STIPULATION EXTENDING TIME TO RESPOND

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs, THEODORE RIDER, JESSE W. SMITH, and GILLES BOEVI ("Plaintiffs"), and defendants, UPHOLD HQ INC. ("Defendant"), that the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint is hereby extended to May 6, 2022. This is Defendants' first extension of time.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated: April 6, 2022

| **KRONENBERGER ROSENFELD, LLP** | **MEISTER SEELIG & FEIN LLP** |
|---|---|
| */s/ Karl S. Kronenberger*<br>Karl S. Kronenberger (NY Bar No. 4631578)<br>Katherine E. Hollist (pro hac vice forthcoming)<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>karl@KRInternetLaw.com<br>kate@KRInternetLaw.com<br>Tel: (415) 955-1155<br>*Attorneys for Plaintiffs* | */s/ Benjamin D. Bianco*<br>Benjamin D. Bianco<br>Caitlin R. Trow<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>bdb@msf-law.com<br>crt@msf-law.com<br>Tel: (212) 655-3500<br>*Attorneys for Defendants* |