UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEODORE RIDER, JESSE W. SMITH, and GILLES BOEVI, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UPHOLD HQ INC., a South Carolina corporation, and JOHN DOES 1–10, individuals,<br><br>Defendants. | Civ. Action No. 1:22-cv-01602 |

**STIPULATION EXTENDING TIME TO RESPOND**

**WHEREAS**, on February 25, 2022, plaintiffs, Theodore Rider, Jesse W. Smith, and Gilles Boevi ("Plaintiffs") filed the subject Class Action Complaint;

**WHEREAS**, on April 6, 2022, Plaintiffs and Defendant Uphold HQ, Inc. ("Defendant") sought, and subsequently received, their first extension of time until May 6, 2022, for Defendants to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint;

**WHEREAS**, in an attempt to resolve Plaintiffs' claims, the parties are currently engaged in settlement discussions and, in the event these discussions prove productive but do not fully resolve the case beforehand, have scheduled a mediation for July 12, 2022; and

**WHEREAS**, in the event the parties reach the point where one or more of them believes future settlement discussions will be futile before said mediation, or if they elect to cancel said mediation, Plaintiffs shall notify the Court that such talks have concluded, at which point Defendants shall file their response to Plaintiffs' Class Action Complaint within two weeks thereafter;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant, that the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint is hereby further extended to July 26, 2022.

**IT IS FURTHER STIPULATED AND AGREED** that should one or more of the parties conclude their settlement talks have failed prior to the mediation scheduled for July 12, 2022, or should the parties cancel the mediation, Plaintiffs shall promptly notify the Court, at which point Defendants' deadline to answer, move, or otherwise respond to Plaintiffs' Class Action Complaint shall then be due two weeks after the date when Plaintiffs provide such notice to the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated: May 4, 2022

| | |
|---|---|
| **KRONENBERGER ROSENFELD, LLP** | **MEISTER SEELIG & FEIN LLP** |
| */s/ Karl S. Kronenberger* | */s/ Benjamin D. Bianco* |
| Karl S. Kronenberger (NY Bar No. 4631578) | Benjamin D. Bianco |
| Katherine E. Hollist (pro hac vice forthcoming) | Caitlin R. Trow |
| 150 Post Street, Suite 520 | 125 Park Avenue, 7th Floor |
| San Francisco, CA 94108 | New York, NY 10017 |
| karl@KRInternetLaw.com | bdb@msf-law.com |
| kate@KRInternetLaw.com | crt@msf-law.com |
| Tel: (415) 955-1155 | Tel: (212) 655-3500 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |