UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THEODORE RIDER, JESSE W. SMITH, and GILLES
BOEVI, individually and on behalf of other similarly
situated individuals,

                                   Plaintiffs,

                                    v.

UPHOLD HQ INC., a South Carolina corporation, and
JOHN DOES 1–10, individuals,

                                   Defendants.
------------------------------------------------------------------------x

Case No. 1:22-cv-01602

## STIPULATION REGARDING SERVICE OF FIRST AMENDED COMPLAINT AND SETTING OF BRIEFING SCHEDULE

**WHEREAS**, on February 25, 2022, plaintiffs, Theodore Rider, Jesse W. Smith ("Smith"), and Gilles Boevi ("Boevi") filed the Class Action Complaint (Dkt. No. 1);

**WHEREAS**, on June 27, 2022, Defendant Uphold HQ, Inc. ("Uphold") moved to dismiss the Class Action Complaint (Dkt. Nos. 17-20);

**WHEREAS**, on July 11, 2022, plaintiffs Smith and Boevi, along with new plaintiffs Zachary Nero, Peter Maloupis, José Ramirez (collectively, "Plaintiffs"), filed the First Amended Class Action Complaint ("FAC");

**WHEREAS**, the FAC, in addition to the new plaintiffs, added a new defendant (Juan Pablo Thieriot ("Thieriot")) and new claims;

**WHEREAS**, Thieriot will be represented by Meister Seelig & Fein LLP ("MSF"), which also represents Uphold;

**WHEREAS**, MSF has agreed to accept service of the FAC, retaining all defenses expect that of improper service on Thieriot;

WHEREAS, MSF intends to file motions to dismiss the FAC on behalf of Uphold and Thieriot;

WHEREAS, the parties have met-and-conferred on a uniform briefing schedule in light of MSF agreeing to accept service of the FAC on behalf of Thieriot;

WHEREAS, no prior application has been made to the Court regarding the briefing schedule proposed below;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, MSF accepts service of the FAC on behalf of Thieriot;

IT IS FURTHER STIPULATED AND AGREED, that MSF shall answer, move, or otherwise respond to the FAC on or before September 2, 2022, on behalf of both Uphold and Thieriot;

IT IS FURTHER STIPULATED AND AGREED, that Plaintiffs shall respond to, or otherwise oppose, any dismissal motions on or before September 23, 2022;

IT IS FURTHER STIPULATED AND AGREED, that replies to Plaintiffs' oppositions shall be filed on or before October 2, 2022;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated: July 19, 2022

| **KRONENBERGER ROSENFELD, LLP** | **MEISTER SEELIG & FEIN LLP** |
|---|---|
| /s/ Karl S. Kronenberger | /s/ Benjamin D. Bianco |
| Karl S. Kronenberger (NY Bar No. 4631578) | Benjamin D. Bianco |
| Katherine E. Hollist (pro hac vice) | Caitlin R. Trow |
| 150 Post Street, Suite 520 | 125 Park Avenue, 7th Floor |
| San Francisco, CA 94108 | New York, NY 10017 |
| karl@KRInternetLaw.com | bdb@msf-law.com |
| kate@KRInternetLaw.com | crt@msf-law.com |
| Tel: (415) 955-1155 | Tel: (212) 655-3500 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |