```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
THEODORE RIDER et al.,                     :
                                           :
                    Plaintiffs,            :   22cv1602 (DLC)
           -v-                             :
                                           :       ORDER
UPHOLD HQ INC. et al.,                     :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On July 1, 2022, the defendants moved to dismiss the complaint. On July 11, the plaintiffs filed the first amended complaint. On July 19, the defendants submitted a letter requesting that their motion to dismiss be deemed moot without prejudice to refile a new motion to dismiss. On July 20, the Honorable Vernon S. Broderick issued an Order setting the briefing schedule on the defendants' intended motion to dismiss the first amended complaint. This case was reassigned to this Court on August 17. It is hereby

ORDERED that the defendants shall answer, move, or otherwise respond to the first amended complaint by **September 2, 2022**.

IT IS FURTHER ORDERED that the plaintiffs shall file any amended complaint by **October 3, 2022**. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is

filed, the plaintiff shall file any opposition to the motion to dismiss by **October 3, 2022**. The defendants' reply, if any, shall be filed by **October 17, 2022**. At the time any reply is filed, the moving parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 26, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge

2