```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THEODORE RIDER, et al.,                  :
                                         :
                        Plaintiffs,      :      22cv1602 (DLC)
              -v-                        :
                                         :            ORDER
UPHOLD HQ INC., et al.,                  :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated March 1, 2023, it is hereby

ORDERED that the March 17 initial pretrial conference is rescheduled to **March 31** at **10:00 AM** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         March 2, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge