

**Meister Seelig & Fein PLLC**

Caitlin R. Trow
*Associate*
Direct (646) 755-3180
Fax (646) 564-4862
crt@msf-law.com

March 7, 2023

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re:     <u>Rider, et al. v. Uphold HQ, Inc. et al.</u>
                 **1:22-cv-01602-VSB**

Dear Judge Cote:

We are counsel to Defendants Uphold HQ, Inc. and Juan Pablo Thieriot in this action and write, pursuant to Rule 1(E) of the Court's Individual Practices in Civil Cases, to respectfully request an extension of time through and including March 17, 2023, to file an answer to Plaintiffs' Amended Complaint. Defendants' current time to file an answer runs through March 8, 2023. This is Defendants' first such request for an extension of time in this matter and Plaintiffs' counsel consents to the extension.

*Granted.*
*[signature] Denise Cote*
*3/7/23*

Respectfully Submitted,

MEISTER SEELIG & FEIN PLLC

By: _____/s/_____
        Caitlin R. Trow

cc:     All counsel of record (via ECF)

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 |
meisterseelig.com