UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
THEODORE RIDER, et al.,                    :
                                           :
                        Plaintiffs,        :          22cv1602 (DLC)
            -v-                            :
                                           :             ORDER
UPHOLD HQ INC., et al.,                    :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     For the reasons stated on the record at the March 31, 2023,

initial pretrial conference, and with the consent of the

plaintiffs, it is hereby

     ORDERED that the claims against defendant Juan Pablo

Thieriot are dismissed.

     IT IS FURTHER ORDERED that the Clerk of Court is directed

to amend the caption in this case to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
ZACHARY NERO, et al.,                     :
                                          :
                        Plaintiffs,       :          22cv1602 (DLC)
                                          :
            -v-                           :
                                          :
UPHOLD HQ INC.,                           :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

IT IS FURTHER ORDERED that every future filing in this

action shall bear the amended caption.

Dated:     New York, New York
           March 31, 2023


                              _____
                              DENISE COTE
                              United States District Judge