```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ZACHARY NERO, et al.,                    :
                                         :
                        Plaintiffs,      :     22cv1602 (DLC)
            -v-                          :
                                         :         ORDER
UPHOLD HQ INC.,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the parties' letters dated April 14, 2023, it is hereby

    ORDERED that a telephonic conference is scheduled for April 24, 2023 at 2:00 P.M.  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       888-363-4749
        Access Code:   4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         April 21, 2023

                                                  DENISE COTE
                              United States District Judge