```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ZACHARY NERO, et al.,                    :
                                         :
                          Plaintiffs,    :    22cv1602 (DLC)
               -v-                       :
                                         :        ORDER
UPHOLD HQ INC.,                          :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter dated April 25, 2023, and for the reasons stated on the record at the April 24, 2023, telephonic conference, it is hereby

ORDERED any amended complaint must be filed by **May 12, 2023**. Any amendments shall be limited to the plaintiffs' remaining claim brought under the Electronic Fund Transfer Act ("EFTA"), and the corresponding negligence per se claim premised on a violation of the EFTA. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that any motion for judgment on the pleadings must be served by the dates indicated below.

- Motion served by May 26, 2023.
- Opposition served by June 9, 2023.
- Reply served by June 16, 2023.

IT IS FURTHER ORDERED that, at the time any reply is served, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        April 27, 2023

                                     _____
                                           DENISE COTE
                                     United States District Judge