```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ZACHARY NERO, et al.,                   :
                                        :
                        Plaintiffs,     :    22cv1602 (DLC)
             -v-                        :
                                        :        ORDER
UPHOLD HQ INC.,                         :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In an Opinion of August 23, 2023, this Court granted in part the defendant's motion for judgment on the pleadings. Accordingly, it is hereby

ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Sarah L. Cave prior to September 1, 2023, in order to schedule settlement discussions under her supervision to occur as soon as possible.

Dated:   New York, New York
         August 23, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge