UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZACHARY NERO, et al.,

                Plaintiffs,

-v-

UPHOLD HQ INC., a South Carolina corporation,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 1602 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **October 2, 2023**, the parties shall file a joint letter reporting on the status of their settlement discussions and their interest in a settlement conference with the Court.

Dated:    New York, New York
            August 30, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge