

> The parties' request at ECF No. 89 is GRANTED, and the settlement conference scheduled for November 8, 2023 is CANCELLED. The parties may request to re-schedule the conference if they are unable to finalize their settlement agreement.
>
> The clerk of Court is respectfully directed to close ECF No. 89.
>
> SO ORDERED     11/1/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

November 1, 2023

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

    Re:    **Nero, et al. v. Uphold HQ Inc., et al.**
              **1:22-cv-01602-DLC**

Dear Judge Cave:

We are counsel to defendant Uphold HQ Inc. in the above-referenced action and respectfully submit this joint-letter on behalf of all parties. The parties currently have a settlement conference scheduled before Your Honor on November 8, 2023. However, the parties have reached a settlement in principle and are in the process of finalizing the settlement papers, which we intend to present to Judge Cote in the next two weeks.

Under the circumstances, the parties respectfully request that the settlement conference scheduled for November 8, 2023 be adjourned. If, in the highly unlikely event that the parties are unable to finalize the settlement in the next two weeks, the parties will immediately inform the Court.

                      Respectfully Submitted,

                      MEISTER SEELIG & FEIN PLLC

                      By:    /s/
                            Caitlin R. Trow

cc:    All counsel of record (via ECF)