```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ZACHARY NERO, JESSE W. SMITH, PETER      :
MALOUPIS, JOSÉ RAMIREZ, and GILLES BOEVI,:
individually and on behalf of other      :          22cv1602 (DLC)
similarly situated individuals,          :
                        Plaintiffs,      :              ORDER
                                         :
              -v-                        :
                                         :
UPHOLD HQ INC., a South Carolina         :
corporation, JUAN PABLO THIERIOT, aka J.P.:
THIERIOT, an individual, and JOHN DOES 1-:
10, individuals,                         :
                        Defendants.      :
                                         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 12, 2024, the plaintiffs moved for preliminary approval of the proposed settlement of the action, certification of the proposed settlement class, and approval of notice to the class members.  Accordingly, it is hereby

ORDERED that a telephone conference will be held on **March 6, 2024 at 11:30 a.m.** to discuss preliminary approval of the settlement.

The parties shall use the following dial-in credentials for the conference.

Dial-in:     888-363-4749
Access code: 4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         February 23, 2024

```
                              _____
                                      DENISE COTE
                              United States District Judge
```