```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ZACHARY NERO, et al.,                      :
                        Plaintiffs,        :
                                           :       22-cv-1602(DLC)
            -v-                            :
                                           :           ORDER
UPHOLD HQ INC., et al.,                    :
                        Defendants.        :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

The Clerk of Court received a letter relating to this action, a redacted copy of which is attached, on June 24, 2024. Accordingly, it is hereby

ORDERED that the letter received shall be forwarded to the plaintiffs' counsel.

Dated:   New York, New York
         July 2, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge

Peter K. Stern



June 18, 2024

United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

REF: Nero, et al. v. Uphold HQ Inc.
     Case Number 1:22-cv-1602

I am writing the Court as a claimant, I.D. Number 227, in the above styled case to respectfully request the Court to not approve the Settlement as currently structured on the grounds that while in essence Uphold has shown undeniable culpability, the proposed Settlement amount is way below what is truly fair and equitable based on the losses incurred by the claimants.

My losses incurred and documented by the Uphold ledger attached hereto as a result of Uphold's misconduct are $24,170.87.

As an 81 year old service connected medically retired U.S.A.F. veteran rated at a 100% disability, I cannot easily afford a loss of this amount.

I would respectfully request the Court to take this into account and ORDER that I am to be made whole and recover the entire amount as a part of this Settlement agreement.

Thank you in advance for your consideration of this request.

Sincerely;

Peter K. Stern
Claim Form Submission ID: c8a20ff03c0144299f85ba01728c885c

May 1, 2022

| | | |
|---|---|---|
| ↑ | **Withdrew XRP** <br> to XRP Ledger network | **947.00 XRP** <br> $ 575.62 |
| ↑ | **Withdrew XRP** <br> to XRP Ledger network | **9,996.18603 XRP** <br> $ 6,078.99 |
| ⇆ | **Traded XRP** <br> from XLM account 6 | **10,609.37347 XRP** <br> $ 6,477.49 |
| ↑ | **Withdrew XRP** <br> to XRP Ledger network | **16,726.76701 XRP** <br> $ 10,147.82 |

Mar 31, 2022

| | | |
|---|---|---|
| ↙ | **Received SOLO** <br> from SOLO airdrop | **76.03002 SOLO** <br> $ 25.96 |

Dec 17, 2021

| | | |
|---|---|---|
| ⇆ | **Traded XLM** <br> from USD account | **1,600.00 XLM** <br> $ 405.96 |

May 3, 2022

| | | |
|---|---|---:|
| ↑ | **Withdrew BTC** <br> to Bitcoin network | **0.00550 BTC** <br> $ 210.42 |
| ⇄ | **Traded BTC** <br> from XLM account 6 | **0.00615 BTC** <br> $ 235.30 |
| ↑ | **Withdrew XLM** <br> to Bitcoin network | **150.00 XLM** <br> $ 26.19 |
| ↑ | **Withdrew BTC** <br> to Bitcoin network | **0.00380 BTC** <br> $ 145.63 |
| ⇄ | **Traded BTC** <br> from XLM account 6 | **0.00406 BTC** <br> $ 155.49 |
| ⇄ | **Traded XLM** <br> from USD account | **486.77777 XLM** <br> $ 87.00 |
| ↙ | **Staked ETH** <br> from SOLO account | **0.01087 ETH** <br> $ 30.92 |